<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 98-7625**

―――――――――――

CLIFFORD A. JACKSON,

Petitioner - Appellant,

versus

JOSEPH P. SACCHET; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-98-
384-MJG)

―――――――――――

Submitted: February 25, 1999          Decided: March 10, 1999

―――――――――――

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Clifford A. Jackson, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Regina Hollins Lewis, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clifford A. Jackson appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Jackson v. Sacchet, No. CA-98-384-MJG (D. Md. Oct. 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED